AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

United States of America
v.

JULIANO GROSS

)
)
)
)
)
)
)

Case: 1:22–mj–00007
Assigned To : Harvey, G. Michael
Assign. Date : 1/11/2022
Description: COMPLAINT W/ ARREST WARRANT

*Defendant*

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*          JULIANO GROSS                              ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☒ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without
Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104 (e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104 (e)(2)(G) - Parading, Demonstrating or Picketing in a Capitol Building.

Date:      01/11/2022

G. Michael Harvey
2022.01.11 16:00:30 -05'00'

*Issuing officer's signature*

City and state:          Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge

*Printed name and title*

---

### Return

This warrant was received on *(date)* 1/11/22 , and the person was arrested on *(date)* 1/18/22
at *(city and state)* Kearny, NJ .

Date: 1/18/22

*Arresting officer's signature*

SA Henry MacLey
*Printed name and title*